# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC and FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government sponsored enterprise,<br><br>            Plaintiffs,<br>vs.<br><br>TYROLIAN VILLAGE ASSOCIATION, INC.; AND AIRMOTIVE INVESTMENTS LLC,<br><br>            Defendants. | Case No.: 3:17-cv-00250-LRH-VPC<br><br>**STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINES**<br><br>**(FIRST REQUEST)** |
| AIRMOTIVE INVESTMENTS, LLC, a Nevada limited liability company,<br><br>            Counterclaimant,<br>vs.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered corporation; DOUGLAS M. BRIMM, individually and as Trustee of the BRIMM FAMILY TRUST; GLORIA S. BRIMM, individually and as Trustee of the BRIMM FAMILY TRUST; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>            Counter-Defendants. | |

1

Plaintiffs and counterclaim defendants Nationstar Mortgage LLC and Federal National Mortgage Association (**Fannie Mae**) (collectively, **plaintiffs**), and defendant Airmotive Investments LLC, through their respective counsel, stipulate as follows:

1. Plaintiffs' filed their motion for partial summary judgment (ECF No. 53) on December 21, 2017. Airmotive also filed its motion for partial summary judgment (ECF No. 54) on December 21, 2017. Responses to both these motions are currently due January 11, 2018.

2. The parties hereby stipulate and agree that the January 11, 2018 opposition deadlines to (1) Nationstar Mortgage LLC and Federal National Mortgage Association's motion for partial summary judgment regarding defendant Airmotive Investment LLC's misrepresentation claim (ECF No. 53); and (2) Airmotive's motion for partial summary judgment (ECF No. 54), shall be extended to **Thursday, January 25, 2018**.

…
…
…
…
…
…
…
…
…
…
…
…
…
…
…
…

3. This is the first request for an extension of this deadline and is not made for purposes of prejudice or undue delay. Good cause exists to extend the deadline, as an extension will allow the parties to more fully review the issues and draft their responsive motions in light of the holiday season.

**DATED**: December 27th, 2017.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Donna Wittig* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, NV 89144 <br> Telephone: (702) 634-5000 <br> Facsimile: (702) 380-8572 <br><br> *Attorneys for Plaintiffs Nationstar Mortgage LLC and Federal National Mortgage Association, A Government Sponsored Enterprise* | */s/ Tim Rhoda* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, NV 89148 <br> Telephone: (702) 254-7775 <br> Facsimile: (702) 228-7719 <br><br> *Attorneys for Airmotive Investments, LLC* |

**IT IS SO ORDERED.**

DATED this 28th day of December, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3