Stephen Peek, Esq.
Nevada Bar No. 1758
Rachel L. Wise, Esq.
Nevada Bar No. 12303
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
Phone: 702-222-2500
Fax: 702-669-4600
Email:  speek@hollandhart.com
            rlwise@hollandhart.com

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC and FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government sponsored enterprise,<br><br>Plaintiffs,<br><br>vs.<br><br>TYROLIAN VILLAGE ASSOCIATION, INC. AND AIRMOTIVE INVESTMENTS LLC,<br><br>Defendants. | Case No. 3:17-cv-00250-LRH-VPC<br><br><br>**MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER** |
| AIRMOTIVE INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered corporation; DOUGLAS M. BRIMM, individually and as Trustee of the BRIMM FAMILY TRUST; GLORIA S. BRIMM, individually and as Trustee of the BRIMM FAMILY TRUST; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Counter-Defendants. | |

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Pursuant to LR IA 10.6(e), Rachel L. Wise, Esq., hereby moves this Court for an Order removing her from all service lists, including the court's electronic notification list, in the above-captioned case.

Attorney Wise is no longer employed by Gordon Rees Scully Mansukhani, LLP.

DATED this 29th day of June, 2018.

HOLLAND & HART LLP


*/s/ Rachel L. Wise*
Stephen Peek, Esq.
Nevada Bar No. 1758
Rachel L. Wise, Esq.
Nevada Bar No. 12303
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134


IT IS SO ORDERED

United States Magistrate Judge
DATED: *July 11, 2018*

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2018, a true and correct copy of the foregoing **MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER** was filed electronically via the Court's CM/ECF system.  Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

_/s/ Joyce Heilich_
An Employee of Holland & Hart LLP

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

11143488_1