1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **DISTRICT OF NEVADA**

11 | NATIONSTAR MORTGAGE LLC and | Case No.: 3:17-cv-00250-LRH-VPC
FEDERAL NATIONAL MORTGAGE

12 | ASSOCIATION, a government sponsored
enterprise,

13 | | **NOTICE OF ANTICIPATED**
| | **SETTLEMENT BETWEEN**

14 | Plaintiffs, | **PLAINTIFFS/COUNTERDEFENDANTS**
| vs. | **NATIONSTAR MORTGAGE LLC AND**
| | **FEDERAL NATIONAL MORTGAGE**

15 | TYROLIAN VILLAGE ASSOCIATION, INC.; | **ASSOCIATION AND**
| AND AIRMOTIVE INVESTMENTS LLC, | **DEFENDANT/COUNTERCLAIMANT**

16 | | **AIRMOTIVE INVESTMENTS LLC**

| Defendants.

17

18 | AIRMOTIVE INVESTMENTS, LLC, a Nevada | **AND ORDER THEREON**
| limited liability company,

19

| Counterclaimant,

20

| vs.

21

| NATIONSTAR MORTGAGE LLC, a Delaware

22 | limited liability company; FEDERAL
NATIONAL MORTGAGE ASSOCIATION, a

23 | federally chartered corporation; DOUGLAS M.
BRIMM, individually and as Trustee of the

24 | BRIMM FAMILY TRUST; GLORIA S.
BRIMM, individually and as Trustee of the

25 | BRIMM FAMILY TRUST; DOE individuals I
through XX; and ROE CORPORATIONS I

26 | through XX,

27 | Counter-Defendants.

28

1

Plaintiffs/Counterdefendants Nationstar Mortgage LLC (**Nationstar**) and Federal National Mortgage Association (**Fannie Mae**, collectively **Plaintiffs**) and Defendant/Counterclaimant Airmotive Investments, LLC (**Airmotive**), by and through their counsel of record, have reached an agreement in principle required to settle all remaining claims between Plaintiffs and Airmotive in this action. While there remain a few details to be worked through, the parties do not anticipate that these issues will render the settlement infeasible.

The parties anticipate that the performance of the terms of the settlement agreement will be completed on or before July 1, 2019, from the date of this notice, at which time the parties anticipate filing a joint stipulation for dismissal. If dismissal is not appropriate at that time, the parties propose to file a status report advising of their progress. In the meantime, the parties respectfully request that all deadlines be stayed.

DATED May 31, 2019.

| AKERMAN LLP | ROGER P. CROTEAU & ASSOCIATES, LTD. |
|---|---|
| */s/ Donna M. Wittig*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134 | */s/ Timothy E. Rhoda*<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>2810 West Charleston Bvld., Suite 75<br>Las Vegas, NV 89102 |
| *Attorneys for Plaintiffs Nationstar Mortgage LLC and Federal National Mortgage Association, A Government Sponsored Enterprise* | *Attorneys for Defendant/Counterclaimant Airmotive Investments, LLC* |

**O R D E R**

IT IS SO ORDERED.

DATED this 4th day of June, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2