MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiffs Nationstar Mortgage LLC
and Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC and FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government sponsored enterprise,<br><br>Plaintiffs,<br>vs.<br><br>TYROLIAN VILLAGE ASSOCIATION, INC.; AND AIRMOTIVE INVESTMENTS LLC,<br><br>Defendants. | Case No.: 3:17-cv-00250-LRH-VPC<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFFS/COUNTERDEFENDANTS NATIONSTAR MORTGAGE LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION AND DEFENDANT/COUNTERCLAIMANT AIRMOTIVE INVESTMENTS LLC** |
| AIRMOTIVE INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br>vs.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered corporation; DOUGLAS M. BRIMM, individually and as Trustee of the BRIMM FAMILY TRUST; GLORIA S. BRIMM, individually and as Trustee of the BRIMM FAMILY TRUST; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Counter-Defendants. | |

1

Plaintiffs/Counterdefendants Nationstar Mortgage LLC and Federal National Mortgage and Defendant/Counterclaimant Airmotive Investments, LLC, by and through their counsel of record, submit this joint status report pursuant to this court's order, ECF No. 72.

The parties have finalized the settlement agreement between themselves. However, as part of the settlement, the parties agreed the excess proceeds following the HOA foreclosure sale would be distributed to Nationstar to offset the mortgage loan payoff. The HOA's collection agent, Nevada Association Services, Inc. (**NAS**) holds the excess proceeds. The parties did not anticipate any concerns with Nationstar obtaining the proceeds, as Nationstar has obtained excess proceeds from NAS on a number of cases without issue. However, the parties are still negotiating a resolution with NAS, as NAS is requiring additional protections both Nationstar and Airmotive believe are unnecessary. The parties believe they will be able to resolve their issues with NAS and then finalize the settlement between them.

The parties respectfully request the court allow an additional forty-five (45) days for a joint dismissal or another status report.

DATED October 11th, 2019.

| AKERMAN LLP | ROGER P. CROTEAU & ASSOCIATES, LTD. |
|---|---|
| /s/ Donna M. Wittig | /s/ Timothy E. Rhoda |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134 | ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>2810 West Charleston Bvld., Suite 75<br>Las Vegas, NV 89102 |
| *Attorneys for Plaintiffs Nationstar Mortgage LLC and Federal National Mortgage Association, A Government Sponsored Enterprise* | *Attorneys for Defendant/Counterclaimant Airmotive Investments, LLC* |

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

DATED: 10/22/19

49439788;1
50449353;1