**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC and FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government sponsored enterprise,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>TYROLIAN VILLAGE ASSOCIATION, INC.; AND AIRMOTIVE INVESTMENTS LLC,<br><br>　　　　　　Defendants. | Case No.: 3:17-cv-00250-LRH<br><br>**STIPULATION AND ORDER DISMISSING ALL CLAIMS AND EXPUNGING LIS PENDENS** |
| AIRMOTIVE INVESTMENTS, LLC, a Nevada limited liability company,<br><br>　　　　　　Counterclaimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered corporation; DOUGLAS M. BRIMM, individually and as Trustee of the BRIMM FAMILY TRUST; GLORIA S. BRIMM, individually and as Trustee of the BRIMM FAMILY TRUST; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>　　　　　　Counter-Defendants. | |

1

1 | Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs/Counter-Defendants Nationstar Mortgage LLC and Federal National Mortgage Association, Defendant/Counter-Claimant Airmotive Investments LLC and Defendant Tyrolian Village Association, Inc., by and through their respective counsel of record, hereby stipulate and agree to the dismissal of all claims between said parties with prejudice. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Counter-Defendants, Douglas M. Brimm, individually and as Trustee of the Brimm Family Trust; and Gloria S. Brimm, individually and as Trustee of the Brimm Family Trust, have neither answered nor appeared in response to Counterclaimant's Counterclaim. Airmotive Investments, LLC hereby voluntarily dismisses its claims against said parties without prejudice pursuant to Fed. R. Civ. P. 41(c)(1).

All claims at issue herein having been resolved, the instant matter shall be closed.

…

The parties further agree that the lis pendens, recorded against the property located at 1364 Carinthia Court, Incline Village, Nevada 89451, APN 126-430-13, on May 3, 2017 in the Office of the Washoe County Recorder as Document No. 4701201, shall be released and expunged. Each party may record this stipulation and order in the property's records.

DATED February 6, 2020.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Melanie D. Morgan* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Nationstar Mortgage LLC and Federal National Mortgage Association* | */s/ Timothy E. Rhoda* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 2810 West Charleston Blvd., Suite 75 <br> Las Vegas, NV 89102 <br><br> *Attorneys for Airmotive Investments, LLC* |
| **GORDON & REES, LLP** <br><br> */s/ Wing Yan Wong* <br> ROBERT S. LARSEN, ESQ. <br> Nevada Bar No. 7785 <br> WING YAN WONG, ESQ. <br> Nevada Bar No. 13622 <br> 300 South Fourth Street, Suite 1500 <br> Las Vegas, NV 89101 <br><br> *Attorneys for Tyrolian Village Association, Inc.* | |

**IT IS SO ORDERED.**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: this 7th day of February, 2020.

3